IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RAYMOND HODGE,

    Petitioner,        No. CIV S-04-0617 MCE DAD P

    vs.

TOM L. CAREY, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of April 7, 2005. Subsequently, on May 26, 2005, petitioner filed a timely traverse[1]. Therefore, petitioner's request will be denied as unnecessary. Accordingly, IT IS HEREBY ORDERED that petitioner's May 19, 2005 request for an extension of time is denied as unnecessary.

DATED: May 27, 2005.

                /s/ Dale A. Drozd
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
hodg0617.111t

---

[1] Since respondents filed a motion to dismiss on May 9, 2005, the court will construe petitioner's traverse as his opposition to the motion.