IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RAYMOND HODGE,                No. 2:04-cv-0617-MCE-DAD-P

       Petitioner,

  v.                                    ORDER

TOM L. CAREY, et al.,

       Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a Findings and Recommendations pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 31, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1  Neither party has filed Objections to the Findings and
2  Recommendations.
3      The Court has reviewed the file and finds the Findings and
4  Recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7      1.  The Findings and Recommendations filed January 31, 2006,
8  are adopted in full;
9      2.  Respondents' Motion to Dismiss, filed on May 9, 2005, is
10 granted; and
11     3.  This action is summarily dismissed.  See Rule 4, Rules
12 Governing § 2254 Cases.
13 DATED: March 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2